# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,      :

        Plaintiff,       :  Case No. 3:16mj0146

                        :

    -vs-              Chief Magistrate Judge Sharon L. Ovington

                        :

PEDRO ABOITE-ESPITIA,

                        :

        Defendant.

---

## REMOVAL AND COMMITMENT ORDER

---

       This case came on to be heard pursuant to Fed. R. Crim. P. 5(c)(3).  Defendant herein was arrested in this District upon a warrant issued upon an Indictment in the United States District Court for the Northern District of Ohio, in Case No. 4:16-cr-0048. Defendant appeared in open Court on May 20, 2016, and after being advised of his rights waived his right to an Identity hearing. The Court found the waiver to be knowing and intelligent and accepted same. As to the Government's Motion for Pretrial Detention,

Defendant also waived a detention hearing in this District and requested a detention hearing be held in the United States District Court for the Northern District of Ohio.

IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE United States District Court for the Northern District of Ohio, where the charges are pending against him, for any other proceedings, as ordered by that court.

May 20, 2016

s/ Sharon L. Ovington
Sharon L. Ovington
Chief United States Magistrate Judge